COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Cause No.   01-11-00473-CV; *Subodh Sonwalkar v. St. Luke's Sugar Partnership, L.L.P.*

On appeal from Trial Court Case No. 2011-24016, in the 152nd District Court of Harris County, Texas.

On August 31, 2012, St. Luke's Sugar Land Partnership filed a motion for rehearing in this appeal.  The Court requests a response to the motion.  The response is **due Tuesday, October 30, 2012**.

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                               Acting individually


Date: October 15, 2012